UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    TARLIECE BATTLE

Debtor(s)

Case No. 10-02787

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/26/2010.

2) The plan was confirmed on 04/14/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/29/2012, 01/17/2013.

5) The case was converted on 03/11/2013.

6) Number of months from filing to last payment: 36.

7) Number of months case was pending: 38.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $625.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $9,992.52 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$9,992.52** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,464.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $471.27 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,935.27** |
| Attorney fees paid and disclosed by debtor: | $36.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVOCATE MEDICAL GROUP | Unsecured | 14.40 | NA | NA | 0.00 | 0.00 |
| ALLERGY & ASTHMA CLINIC | Unsecured | 221.21 | NA | NA | 0.00 | 0.00 |
| ALW SOURCING LLC DEPT 11 | Unsecured | 63.82 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 205.93 | NA | NA | 0.00 | 0.00 |
| ASSETCARE INC | Unsecured | 201.62 | NA | NA | 0.00 | 0.00 |
| AURORA EMERGENCY ASSOCIATES | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| BUREAU OF COLLECTION RECOVER | Unsecured | 289.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 2,465.81 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 202.72 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 50.41 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 224.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| ENCORE RECEIVABLE MGMT | Unsecured | 498.00 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS INC | Unsecured | 757.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 2,905.00 | 4,290.00 | 4,290.00 | 364.76 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 1,385.00 | NA | NA | 0.00 | 0.00 |
| FRANK M BONIFACIC ESQ | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICES | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICES | Unsecured | 431.00 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Unsecured | 440.00 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 663.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST CHILDRENS HEART SPEC | Unsecured | 4.80 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NATIONAL CAPITAL MGMT LLC | Secured | 10,925.00 | 10,925.00 | 10,925.00 | 3,546.13 | 1,179.89 |
| NATIONAL CAPITAL MGMT LLC | Unsecured | NA | 8,424.53 | 8,424.53 | 716.30 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 198.00 | 206.92 | 206.92 | 15.86 | 0.00 |
| PEDIATRIC ANES ASSOC LTD | Unsecured | 36.80 | NA | NA | 0.00 | 0.00 |
| PFG OF MINNESOTA | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE FINANCIAL GROUP | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 498.00 | 549.70 | 549.70 | 38.64 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 370.00 | 457.21 | 457.21 | 38.88 | 0.00 |
| PROVENA HEALTH CTR FOR DIAG | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 141.89 | 141.89 | 141.89 | 0.00 | 0.00 |
| RIDGE AMBULANCE SERVICE | Unsecured | 353.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 757.83 | 757.83 | 757.83 | 53.27 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 1,654.03 | NA | NA | 0.00 | 0.00 |
| UNIQUE NATIONAL COLLECTION | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VALLEY EMERGENCY CARE | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| VAN RU CREDIT | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| VANDA LLC | Unsecured | 373.00 | 426.65 | 426.65 | 36.28 | 0.00 |
| VERIZON WIRELESS | Unsecured | 956.00 | 956.47 | 956.47 | 67.24 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $10,925.00 | $3,546.13 | $1,179.89 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$10,925.00** | **$3,546.13** | **$1,179.89** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$16,211.20** | **$1,331.23** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $3,935.27 |
| Disbursements to Creditors | $6,057.25 |
| **TOTAL DISBURSEMENTS** : | **$9,992.52** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/29/2013                By: /s/ Glenn Stearns
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)